```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 18611
    LAWRENCE SUTTLE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-8823


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/20/2008 and was not confirmed.

     The case was dismissed without confirmation 10/27/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T CURRENT MORTG        .00            .00           .00
DEUTSCHE BANK NATIONAL T MORTGAGE ARRE        .00            .00           .00
CATRICE                  NOTICE ONLY    NOT FILED            .00           .00
ERICA                    NOTICE ONLY    NOT FILED            .00           .00
HELEN SUTTLE             NOTICE ONLY    NOT FILED            .00           .00
PREMIER BANCARD CHARTER  UNSECURED          543.09           .00           .00
TARGET NATIONAL BANK     UNSECURED         1447.31           .00           .00
LVNV FUNDING             UNSECURED          563.43           .00           .00
LVNV FUNDING             UNSECURED          822.87           .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY      2,373.00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------         --------------
TOTALS                       .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 18611 LAWRENCE SUTTLE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                  /s/ Tom Vaughn

Dated: 01/26/09                _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE